BREWER *v.* MARION CRIMINAL COURT, McDONALD, JUDGE.

[No. 0-565.   Filed June 29, 1959.]

*Clifford Martin Brewer, pro se.*

*Edwin K. Steers,* Attorney General, and *John A. Pushor,* Deputy Attorney General, for respondent.

PER CURIAM—Relator asks that a writ of mandate issue for the respondent to show cause why he should not hear and determine a Verified Motion to Annul, Vacate and Set Aside Judgment, which motion is pending in the Marion Criminal Court, Division One.

It now being shown to this court that said motion has been ruled upon, the subject of the petition is now considered moot and the same is dismissed.

NOTE.—Reported in 159 N. E. 2d 280.